IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

DEP THI TRAN,

DEBTOR :BANKR. NO. 19-11200

**ORDER CONTINUING THE STAY BEYOND THIRTY (30) DAY PERIOD**

AND NOW, this 27th day of March, 2019, upon consideration of the Debtor's Motion for Continuance of the Stay Beyond a Thirty (30) Day Period ("Motion"), and the Responses, thereto, if any, it is hereby

ORDERED that the Motion is GRANTED.

It is hereby ORDERED that the automatic stay in this case is extended beyond thirty (30) days after the duration of this case as to ALL creditors of the Debtor unless relief from same is granted.

*Served the with Motion*

Magdeline D. C_____
United States Bankruptcy Judge