12/17/2018

Dep Tran                                                                                    **1,161.50

*****One thousand one hundred sixty-one and 50/100

Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**EMPLOYER**
Le' Spa, LLC
3145 Lehigh St.
Allentown PA 18103

**PAY PERIOD**
Period Beginning:  12/01/2018
Period Ending:     12/14/2018
Pay Date:          12/17/2018

**EMPLOYEE**
Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**NET PAY:**                                                                                $1,161.50

**MEMO:**

| PAY    | Hours | Rate | Current  | YTD       |
|--------|-------|------|----------|-----------|
| Salary | -     | -    | 1,500.00 | 39,000.00 |

| DEDUCTIONS | Current | YTD   |
|------------|---------|-------|
| LST        | 2.00    | 52.00 |

| TAXES              | Current | YTD      |
|--------------------|---------|----------|
| Federal Income Tax | 155.60  | 4,122.00 |
| Social Security    | 93.00   | 2,418.00 |
| Medicare           | 21.75   | 565.50   |
| PA Income Tax      | 46.05   | 1,197.30 |
| PA SUI Employee    | 0.90    | 23.40    |
| Allentown          | 19.20   | 499.20   |

| SUMMARY    | Current    | YTD         |
|------------|------------|-------------|
| Total Pay  | $1,500.00  | $39,000.00  |
| Taxes      | $336.50    | $8,825.40   |
| Deductions | $2.00      | $52.00      |

**Net Pay**    $1,161.50

12/31/2018

**1,161.50

Dep Tran

*****One thousand one hundred sixty-one and 50/100

Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**EMPLOYER**
Le' Spa, LLC
3145 Lehigh St.
Allentown PA 18103

**PAY PERIOD**
Period Beginning     12/15/2018
Period Ending:       12/28/2018
Pay Date             12/31/2018

**EMPLOYEE**
Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**NET PAY:**                       $1,161.50

MEMO:

| PAY    | Hours | Rate | Current  | YTD       | DEDUCTIONS | Current | YTD   |
|--------|-------|------|----------|-----------|------------|---------|-------|
| Salary | -     | -    | 1,500.00 | 40,500.00 | LST        | 2.00    | 54.00 |

| TAXES              | Current | YTD      |
|--------------------|---------|----------|
| Federal Income Tax | 155.60  | 4,277.60 |
| Social Security    | 93.00   | 2,511.00 |
| Medicare           | 21.75   | 587.25   |
| PA Income Tax      | 46.05   | 1,243.35 |
| PA SUI Employee    | 0.90    | 24.30    |
| Allentown          | 19.20   | 518.40   |

| SUMMARY    | Current    | YTD        |
|------------|------------|------------|
| Total Pay  | $1,500.00  | $40,500.00 |
| Taxes      | $336.50    | $9,161.90  |
| Deductions | $2.00      | $54.00     |
| **Net Pay** | **$1,161.50** | |

01/14/2019

**1,162.10

Dep Tran

*****One thousand one hundred sixty-two and 10/100

Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**EMPLOYER**
Le' Spa, LLC
3145 Lehigh St.
Allentown PA 18103

**PAY PERIOD**
Period Beginning: 12/29/2018
Period Ending: 01/11/2019
Pay Date: 01/14/2019

**EMPLOYEE**
Dep Tran
421 Baileys Run Lane
Springfield PA 19064

NET PAY: $1,162.10

MEMO:

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salary | - | - | 1,500.00 | 1,500.00 | LST | 2.00 | 2.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 155.00 | 155.00 |
| Social Security | 93.00 | 93.00 |
| Medicare | 21.75 | 21.75 |
| PA Income Tax | 46.05 | 46.05 |
| PA SUI Employee | 0.90 | 0.90 |
| Allentown | 19.20 | 19.20 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,500.00 | $1,500.00 |
| Taxes | $335.90 | $335.90 |
| Deductions | $2.00 | $2.00 |
| **Net Pay** | **$1,162.10** | |

01/28/2019

**1,162.10

Dep Tran

*****One thousand one hundred sixty-two and 10/100

Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**EMPLOYER**
Le' Spa, LLC.
3145 Lehigh St.
Allentown PA 18103

**PAY PERIOD**
Period Beginning: 01/12/2019
Period Ending: 01/25/2019
Pay Date: 01/28/2019

**EMPLOYEE**
Dep Tran
421 Baileys Run Lane
Springfield PA 19064

NET PAY: $1,162.10

MEMO:

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salary | - | - | 1,500.00 | 3,000.00 | LST | 2.00 | 4.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 155.00 | 310.00 |
| Social Security | 93.00 | 186.00 |
| Medicare | 21.75 | 43.50 |
| PA Income Tax | 46.05 | 92.10 |
| PA SUI Employee | 0.90 | 1.80 |
| Allentown | 19.20 | 38.40 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,500.00 | $3,000.00 |
| Taxes | $335.90 | $671.80 |
| Deductions | $2.00 | $4.00 |
| Net Pay | $1,162.10 | |

02/11/2019

**1,162.10

Dep Tran

*****One thousand one hundred sixty-two and 10/100

Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**EMPLOYER**
Le' Spa, LLC
3145 Lehigh St.
Allentown PA 18103

**PAY PERIOD**
Period Beginning: 01/26/2019
Period Ending: 02/08/2019
Pay Date: 02/11/2019

**EMPLOYEE**
Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**NET PAY:** $1,162.10

MEMO:

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Salary | - | - | 1,500.00 | 4,500.00 | LST | 2.00 | 6.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 155.00 | 465.00 |
| Social Security | 93.00 | 279.00 |
| Medicare | 21.75 | 65.25 |
| PA Income Tax | 46.05 | 138.15 |
| PA SUI Employee | 0.90 | 2.70 |
| Allentown | 19.20 | 57.60 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,500.00 | $4,500.00 |
| Taxes | $335.90 | $1,007.70 |
| Deductions | $2.00 | $6.00 |
| **Net Pay** | **$1,162.10** | |

02/26/2019

**1,162.10

Dep Tran

*****One thousand one hundred sixty-two and 10/100

Dep Tran
421 Baileys Run Lane
Springfield PA 19064

**EMPLOYER**
Le' Spa, LLC
3145 Lehigh St.
Allentown PA 18103

**PAY PERIOD**
Period Beginning: 02/09/2019
Period Ending: 02/22/2019
Pay Date: 02/26/2019

**EMPLOYEE**
Dep Tran
421 Baileys Run Lane
Springfield PA 19064

NET PAY: $1,162.10

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,500.00 | 6,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| LST | 2.00 | 8.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 155.00 | 620.00 |
| Social Security | 93.00 | 372.00 |
| Medicare | 21.75 | 87.00 |
| PA Income Tax | 46.05 | 184.20 |
| PA SUI Employee | 0.90 | 3.60 |
| Allentown | 19.20 | 76.80 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,500.00 | $6,000.00 |
| Taxes | $335.90 | $1,343.60 |
| Deductions | $2.00 | $8.00 |
| Net Pay | $1,162.10 | |