# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-11200-MDC

DEP THI TRAN

421 BAILEYS RUN LANE

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DEP THI TRAN

    421 BAILEYS RUN LANE

    SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

    DAVID SCHOLL, ESQUIRE
    512 HOFFMAN ST

    PHILADELPHIA, PA 19148-

Date: 4/22/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee