**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
    **DEP THI TRAN,**                      : Chapter 13
          Debtor                 : BANKR. No. 19-112008-15135

**NOTICE OF RESCHEDULING OF MEETING OF CREDITORS**

  To All Interested Parties:

  PLEASE NOTE THAT THE DATE OF THE MEETING OF CREDITORS IN THIS CASE HAS NOW BEEN RESCHEDULED AT THE FOLLOWING DATE AND TIME:

  Wednesday, June 26, 2019, at 1 P M. at Room 18-341,1234 Market St., Philadelphia, PA. 19107.

                David A. Scholl, Esquire
                512 Hoffman Street
                Philadelphia, PA. 19148
                610-550-1765
                215-316-0175
                Attorney for Debtor

Dated: May 20, 2019