# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **DEP THI TRAN,**                              :              CHAPTER 13
      **Debtor**

                                          :              BANKRUPTCY NO.  19-11200

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS

The Debtor did appear at the Meeting of Creditors, but the Trustee refused to conduct it , because the Debtor had not yet filed her 2018 tax return has now filed her 2018 tax return, provided same to the Trustee's office, and her Meeting is now rescheduled for June 26, 2019.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this bankruptcy case be withdrawn or denied.

Date:   May 21, 2019                              Attorney for Debtor

DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765