# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 19-11200-MDC

DEP THI TRAN

421 BAILEYS RUN LANE

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DEP THI TRAN

    421 BAILEYS RUN LANE

    SPRINGFIELD, PA 19064

**Counsel for debtor(s), by electronic notice only.**
    DAVID SCHOLL, ESQUIRE
    512 HOFFMAN ST

    PHILADELPHIA, PA 19148-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                            /s/ William C. Miller

Date: 7/31/2019

                            _____

                            William C. Miller, Esquire
                            Chapter 13 Standing Trustee