# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DEP THI TRAN,                    :        CHAPTER 13
       Debtor

                                                :        BANKRUPTCY NO.  19-11200

## DEBTOR'S ANSWER TO TRUSTEE'S AMENDED MOTION TO DISMISS

The Debtor was given no directions to produce any documents at the Meeting of Creditors. Documents establishing her business insurance and licensing were produced to the Trustee's office prior to the Meeting of Creditors.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this bankruptcy case be withdrawn or denied.

Date:   August 2, 2019                                        Attorney for Debtor

                                                                                    DAVID A. SCHOLL
                                                                                    512 Hoffman Street
                                                                                    Philadelphia, PA.  19148
                                                                                    610-550-1765