# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 19-11200-MDC

DEP THI TRAN

421 BAILEYS RUN LANE

SPRINGFIELD, PA 19064

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      DEP THI TRAN

      421 BAILEYS RUN LANE

      SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

      DAVID SCHOLL, ESQUIRE
      512 HOFFMAN ST

      PHILADELPHIA, PA 19148-

                           /S/ William C. Miller

Date: 8/26/2019
                           _____

                           William C. Miller, Esquire
                           Chapter 13 Standing Trustee