**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: DEP THI TRAN,         :        CHAPTER 13
    Debtor

                        :        BANKRUPTCY NO. 19-11200

**ELECTION TO CONVERT TO A CHAPTER 7 CASE**

The Debtor in this case now comes and, pursuant to 11 U.S.C. Sections 1307(a) and (b), elects to convert this case to a case under Chapter 7 of the Bankruptcy Code.

Dated: October 1, 2019            _/s/ David A. Scholl_____
                                             DAVID A. SCHOLL, ESQUIRE
                                             Law Office of David A. Scholl
                                             512 Hoffman Street
                                             Philadelphia, PA. 19148
                                             610-550-1765
                                             Attorney for Debtor