```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-11200-mdc
Dep Thi Tran                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore           Page 1 of 2          Date Rcvd: Oct 02, 2019
                              Form ID: 210U             Total Noticed: 25
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +Dep Thi Tran,    421 Baileys Run Lane,    Springfield, PA 19064-2144
14279850        American Express Bank, FSB,    c/o Beckett & Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
14306506        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14279851       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bankamerica,    Po Box 982238,    El Paso, TX 79998)
14290829       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14279852       +Cavalry, SPV I, LLC500 Summit Lake Drive,    500 Summit Lake Drive, Suite 400,
                 Valhalla, NY 10595-2321
14279853       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14279854       +CitiCards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14290679       +Commonwealth of Pennsylvania Department of Revenue,    c/o Denise A. Kuhn, Esquire,
                 The Phoenix Building,    1600 Arch Street, Suite 300,    Philadelphia, Pa 19103-2016
14279855        DirecTV, LLC,    by American InfoSource, LP,    P.O. Box 5008,    Carol Stream, IL 60197-5008
14279858       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
14293759       +Specialized Loan Servicing, LLC as servicer for,    U.S. Bank National Association,
                 c/o Rebecca A. Solarz, Esquire,    701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14279862       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14321832       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14279863       +U.S. Bank, National Association,,    as Trustee , etc.,    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd., Suite 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 03 2019 02:51:52    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 03 2019 02:51:44    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2019 02:51:30
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA   17128-0946
14299233       +E-mail/Text: bankruptcy@cavps.com Oct 03 2019 02:51:43    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14290067        E-mail/Text: mrdiscen@discover.com Oct 03 2019 02:51:19    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14279856       +E-mail/Text: mrdiscen@discover.com Oct 03 2019 02:51:19    Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14279859       +E-mail/Text: cio.bncmail@irs.gov Oct 03 2019 02:51:21    Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
14294046        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2019 02:51:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA   17128-0946
14279860        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2019 02:51:30
                 Pennsylvania Department of Revenue,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14279861       +E-mail/Text: bknotifications@provident.com Oct 03 2019 02:52:02    Provident Funding Asso,
                 1235 N Dutton Ave Ste E,    Santa Rosa, CA 95401-4666
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14279857*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2            Date Rcvd: Oct 02, 2019
                              Form ID: 210U             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Dep Thi Tran judgescholl@gmail.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 6
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Dep Thi Tran                                                 Case No: 19−11200−mdc

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 10/2/19

For The Court

Timothy B. McGrath
Clerk of Court

50
Form 210U