United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11200-mdc
Dep Thi Tran                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2           Date Rcvd: Oct 03, 2019
                              Form ID: 309A           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db              +Dep Thi Tran,    421 Baileys Run Lane,    Springfield, PA 19064-2144
14290829        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14279852        +Cavalry, SPV I, LLC500 Summit Lake Drive,    500 Summit Lake Drive, Suite 400,
                  Valhalla, NY 10595-2321
14321832        +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14279863        +U.S. Bank, National Association,,    as Trustee , etc.,    c/o Specialized Loan Servicing, LLC,
                  8742 Lucent Blvd., Suite 300,    Littleton, CO 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: judgescholl@gmail.com Oct 04 2019 03:06:39     DAVID A. SCHOLL,
                  Law Office of David A. Scholl,    512 Hoffman Street,    Philadelphia, PA  19148
tr               EDI: BTPDERSHAW.COM Oct 04 2019 07:03:00     TERRY P. DERSHAW,    Dershaw Law Offices,
                  P.O. Box 556,    Warminster, PA  18974-0632
smg              E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:10     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2019 03:07:05     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 04 2019 03:07:00     United States Trustee,
                  Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14279850         EDI: BECKLEE.COM Oct 04 2019 07:03:00     American Express Bank, FSB,    c/o Beckett & Lee,
                  P.O. Box 3001,    Malvern, PA 19355-0701
14306506         EDI: BECKLEE.COM Oct 04 2019 07:03:00     American Express National Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14279851         EDI: BANKAMER.COM Oct 04 2019 07:03:00     Bankamerica,    Po Box 982238,    El Paso, TX 79998
14299233        +E-mail/Text: bankruptcy@cavps.com Oct 04 2019 03:07:04     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14279853        +EDI: CHASE.COM Oct 04 2019 07:03:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14279854        +EDI: CITICORP.COM Oct 04 2019 07:03:00     CitiCards,    P.O. Box 6500,
                  Sioux Falls, SD 57117-6500
14279855         EDI: DIRECTV.COM Oct 04 2019 07:03:00     DirecTV, LLC,    by American InfoSource, LP,
                  P.O. Box 5008,    Carol Stream, IL 60197-5008
14290067         EDI: DISCOVER.COM Oct 04 2019 07:03:00     Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
14279856        +EDI: DISCOVER.COM Oct 04 2019 07:03:00     Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE 19850-5316
14279858        +EDI: IIC9.COM Oct 04 2019 07:03:00     I C System Inc,    Po Box 64378,
                  Saint Paul, MN 55164-0378
14279859        +EDI: IRS.COM Oct 04 2019 07:03:00     Internal Revenue Service,    600 Arch Street,
                  Philadelphia, PA 19106-1695
14294046         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:55
                  Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                  Harrisburg PA  17128-0946
14279860         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:55
                  Pennsylvania Department of Revenue,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14279861        +EDI: PFAL Oct 04 2019 07:03:00     Provident Funding Asso,    1235 N Dutton Ave Ste E,
                  Santa Rosa, CA 95401-4666
14279862        +EDI: CITICORP.COM Oct 04 2019 07:03:00     Thd/cbna,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 20

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14279857*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa                  Page 2 of 2                   Date Rcvd: Oct 03, 2019
                              Form ID: 309A               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Dep Thi Tran judgescholl@gmail.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 6
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Dep Thi Tran** | Social Security number or ITIN | **xxx–xx–5685** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **2/27/19** |
| Case number: | **19–11200–mdc** | Date case converted to chapter **7** | **10/2/19** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Dep Thi Tran | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 421 Baileys Run Lane<br>Springfield, PA 19064 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID A. SCHOLL<br>Law Office of David A. Scholl<br>512 Hoffman Street<br>Philadelphia, PA 19148 | Contact phone 610 550 1765<br><br>Email:  judgescholl@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TERRY P. DERSHAW<br>Dershaw Law Offices<br>P.O. Box 556<br>Warminster, PA 18974–0632 | Contact phone (484) 897–0341<br><br>Email:  td@ix.netcom.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (215)408–2800  Date: 10/3/19 |
|---|---|---|
| 7. **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 30, 2019 at 03:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **900 Market Street, Suite 304A, Philadelphia, PA 19107** |
| 8. **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/29/19** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                    page **2**