IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  TRAN, DEP THI                                              Chapter 7

                Debtor                                   Bankruptcy No. 19-11200 MDC

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

#### CONSENT

The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtor consents to the entry of the following Order;

Consent is hereby given to the within Order

/s/ DAVID A. SCHOLL
_____
DAVID A. SCHOLL
Counsel for the Debtor

/s/ TERRY P. DERSHAW
TERRY P. DERSHAW
Chapter 7 Trustee

#### ORDER

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to March 31, 2020.

November 12, 2019

_____
MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee