United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dep Thi Tran  
      Debtor

Case No. 19-11200-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Nov 13, 2019  
                              Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db           +Dep Thi Tran,   421 Baileys Run Lane,   Springfield, PA 19064-2144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:52    City of Philadelphia,  
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
              Philadelphia, PA  19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:23  
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
              Harrisburg, PA  17128-0946  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2019 03:40:38     U.S. Attorney Office,  
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:23  
              Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,  
              Harrisburg, PA  17128-0946  
                                                                                                                  TOTAL: 4

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:  
          DAVID A. SCHOLL    on behalf of Debtor Dep Thi Tran judgescholl@gmail.com  
          DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue dkuhn@attorneygeneral.gov  
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1 bkgroup@kmllawgroup.com  
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: TRAN, DEP THI                                                Chapter 7

Debtor                                                Bankruptcy No. 19-11200 MDC

### ORDER EXTENDING DEADLINES BY CONSENT OF DEBTOR

#### CONSENT

The Chapter 7 Trustee, Terry P. Dershaw, has requested that the Debtor consent to the extension of deadlines for the Chapter 7 trustee, the United States Trustee and all creditors to object to discharge in this matter;

Pursuant to that request, by and through counsel, the Debtor consents to the entry of the following Order;

Consent is hereby given to the within Order

/s/ DAVID A. SCHOLL
_____
DAVID A. SCHOLL
Counsel for the Debtor

/s/ TERRY P. DERSHAW
TERRY P. DERSHAW
Chapter 7 Trustee

#### ORDER

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rule 4004(a) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to March 31, 2020.

November 12, 2019

MAGDELINE D. COLEMAN
Chief United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee