*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dep Thi Tran
    Debtor(s)

Case No: 19–11200–mdc

Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Application to Employ Gellert Scali Busenkell & Brown LLC as General Counsel <i></i> Filed by TERRY P. DERSHAW Represented by GARY F SEITZ (Counsel)

on: 4/22/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/27/20

Timothy B. McGrath
Clerk of Court

70 – 65
Form 167