United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dep Thi Tran  
      Debtor

Case No. 19-11200-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Mar 27, 2020  
                 Form ID: 167        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.  
db            +Dep Thi Tran,   421 Baileys Run Lane,   Springfield, PA 19064-2144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2020 03:51:34  
            Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,   Harrisburg, PA  17128-0946  
                                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:  
            DAVID A. SCHOLL   on behalf of Debtor Dep Thi Tran judgescholl@gmail.com  
            DENISE A. KUHN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue  
             dkuhn@attorneygeneral.gov  
            GARY F SEITZ   on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com  
            HOLLY SMITH MILLER   on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com,  
             abrown@gsbblaw.com  
            REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, as Trustee, for  
             Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1  
             bkgroup@kmllawgroup.com  
            TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
             philaecf@gmail.com  
                                                                                                                 TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dep Thi Tran
    Debtor(s)

Case No: 19–11200–mdc
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Application to Employ Gellert Scali Busenkell & Brown LLC as General Counsel <i></i> Filed by TERRY P. DERSHAW Represented by GARY F SEITZ (Counsel)

on: 4/22/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/27/20

Timothy B. McGrath
Clerk of Court

70 – 65
Form 167