**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) **Chapter 7** |
| **DEP THI TRAN,** | ) |
| | ) |
| Debtor. | ) **Case No. 19-11200-mdc** |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE COURT

Kindly withdraw the Application of the Chapter 7 Trustee for Authority to Employ Gellert Scali Busenkell & Brown, LLC as General Counsel filed on March 24, 2020 at D.I No. 65.

Dated: 4/1/2020                    GELLERT SCALI BUSENKELL & BROWN, LLC

By:    */s/ Gary F. Seitz*
Gary F. Seitz (PA ID #52865)
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
gseitz@gsbblaw.com

*Counsel to the Chapter 7 Trustee*