United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dep Thi Tran  
      Debtor

Case No. 19-11200-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: JEGilmore　　Page 1 of 1　　Date Rcvd: Apr 03, 2020  
　　　　　　　　　　　Form ID: 211　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.  
db　　　　+Dep Thi Tran,　　421 Baileys Run Lane,　　Springfield, PA 19064-2144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr　　　　E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2020 04:13:45  
　　　　　　Commonwealth of Pennsylvania, Department of Revenu,　Bureau of Compliance,　Dept. 280946,  
　　　　　　Harrisburg, PA　17128-0946  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:  
　　　　DAVID A. SCHOLL　　on behalf of Debtor Dep Thi Tran judgescholl@gmail.com  
　　　　DENISE A. KUHN　　on behalf of Creditor　Commonwealth of Pennsylvania, Department of Revenue  
　　　　　dkuhn@attorneygeneral.gov  
　　　　GARY F SEITZ　　on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com  
　　　　HOLLY SMITH MILLER　　on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com,  
　　　　　abrown@gsbblaw.com  
　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　U.S. Bank National Association, as Trustee, for  
　　　　　Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1  
　　　　　bkgroup@kmllawgroup.com  
　　　　TERRY P. DERSHAW　　td@ix.netcom.com,　PA66@ecfcbis.com;7trustee@gmail.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　WILLIAM C. MILLER, Esq.　　on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
　　　　　philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                  Chapter: 7

    Dep Thi Tran

Debtor(s)                                                                                        Case No: 19−11200−mdc

___

### *ORDER*

AND NOW, 4/3/20 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 4/17/20 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                      For The Court

                                      Magdeline D. Coleman

                                      Chief Judge ,United States
                                      Bankruptcy Court