Certificate Number: 05781-PAE-DE-034319421

Bankruptcy Case Number: 19-11200



05781-PAE-DE-034319421

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 7, 2020</u>, at <u>12:55</u> o'clock <u>PM PDT</u>, <u>Dep Tran</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>April 7, 2020</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>