```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-11200-mdc
Dep Thi Tran                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore             Page 1 of 1          Date Rcvd: Jun 23, 2020
                              Form ID: 195                Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
db             +Dep Thi Tran,   421 Baileys Run Lane,   Springfield, PA 19064-2144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2020 05:42:01
                 Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,
                 Harrisburg, PA   17128-0946
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Dep Thi Tran judgescholl@gmail.com
              DENISE A. KUHN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
              HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Dep Thi Tran : Case No. 19–11200–mdc

    Debtor(s)

### ORDER
_____

AND NOW, this day , June 23, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

80
Form 195